AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Taurus Naciim Jor El,
*Plaintiff*
v.

Willie McCauley; South Carolina Public Safety Troop 7; Derrick Dash; Orangeburg County Magistrate,
*Defendants*

Civil Action No.   5:17-cv-01275-DCC

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Taurus Naciim Jor El, shall take nothing of the defendants; Willie McCauley, South Carolina Public Safety Troop 7, Derrick Dash, and Orangeburg County Magistrate, from the complaint filed pursuant to 42 U.S.C. § 1982 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   May 8, 2018

*ROBIN L. BLUME, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*